JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANA INNOVATIONS,** <br><br> Plaintiff, <br><br> vs. <br><br> **TRENDS ELECTRONICS INTERNATIONAL INC.,** <br><br> Defendant | Case No.:  8:22-cv-02155-FWS-ADS <br><br> **ORDER OF DISMISSAL** |

Pursuant to the stipulation of the parties under the Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.  The Clerk is directed to close the file.

DATED: March 18, 2024

_____
Hon. Fred W. Slaughter
United States District Judge